UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JUSTIN LEE, | ) |
|       Plaintiff, | ) |
| v. | )    No. 3:24-cv-00157-RLY-CSW |
| SOUTH WESTERN COMMUNICATIONS, INC., | ) |
|       Defendant. | ) |

**MAGISTRATE JUDGE'S MINUTE ENTRY ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 11:00 a.m., Evansville time (CST), on July 21, 2025, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

The Court has been advised by counsel that a settlement has been reached in this action. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with their agreement. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.

**IT IS ORDERED** that within forty five (45) days of this date, counsel for the plaintiff shall file a motion to dismiss this cause or a stipulation of dismissal and submit an order for the Court's signature ordering the dismissal of this action (in

1

conformance with the agreement of the parties). Failure to comply with this order will result in DISMISSAL WITH PREJUDICE pursuant to Rule 41(b), Fed. R. Civ. P. for failure to prosecute this action in a timely manner.

Additional time to complete the execution of the settlement document may be granted if requested in writing prior to the expiration of this period of time.

**Dated:** July 21, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**