UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **JUSTIN LEE**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SOUTH WESTERN COMMUNICATIONS, INC.**,<br><br>Defendant. | No. 3:24-cv-00157-RLY-CSW |

**PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND TO SET
FINAL APPROVAL HEARING FOR DECEMBER 2025**

Plaintiff, by counsel, respectfully moves the Court under Federal Rule of Civil Procedure 23(e) to enter the tendered, agreed Preliminary Approval Order, which grants preliminary approval to the Class Action Settlement Agreement (the "Settlement") attached as **Exhibit 1**. Defendant does not oppose entry of the agreed Preliminary Approval Order, and the parties request that the Court schedule a final approval hearing in approximately 120 days or December 2025.

WHEREFORE, Plaintiffs respectfully move the Court to enter the tendered Preliminary Approval Order and schedule a final approval hearing for approximately 120 days or December 2025.

Dated: August 12, 2025         By: */s/Lynn A. Toops*
                               Lynn A. Toops, No. 26386-49
                               Amina Thomas, No. 34451-49
                               COHENMALAD, LLP
                               One Indiana Square, Suite 1400
                               Indianapolis, IN 46204
                               Telephone: (317) 636-6481
                               Facsimile: (317) 636-2593

1

        ltoops@cohenmalad.com
        athomas@cohenmalad.com

        Samuel J. Strauss (*pro hac vice*)
        Raina C. Borrelli (*pro hac vice*)
        STRAUSS BORRELLI PLLC
        One Magnificent Mile
        980 N Michigan Avenue, Suite 1610
        Chicago IL, 60611
        Telephone: (872) 263-1100
        Facsimile: (872) 263-1109
        raina@straussborrelli.com
        sam@straussborrelli.com

        *Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2025, a copy of the foregoing has been filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.

        */s/Lynn A. Toops*
        Lynn A. Toops