# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| **JUSTIN LEE**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **SOUTH WESTERN COMMUNICATIONS, INC.**, <br><br> Defendant. | No. 3:24-cv-00157-RLY-CSW |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff Justin Lee respectfully moves the Court for an order (1) affirming its conditional class certification, for purposes of the Settlement Agreement only; (2) granting final approval to the proposed class action settlement with Defendant, the terms of which are set forth in the Settlement Agreement ("Settlement Agreement" or "SA") attached to the motion for preliminary approval as Exhibit 1; (3) affirming the Court's appointment of Justin Lee as Class Representative; (4) affirming the Court's appointment of Lynn A. Toops and Amina A. Thomas of CohenMalad, LLP and Samuel J. Strauss and Raina C. Borrelli of Strauss Borrelli, PLLC as Class Counsel. The Court previously granted preliminary approval to the Settlement Agreement, notice was sent to Settlement Class Members, and no Class Member has objected to the Settlement Agreement or any part of it.

Plaintiff has submitted a memorandum and declaration in support of this motion and has tendered a proposed Final Approval Order. Defendant does not object to the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Final Approval Order.

Dated: November 26, 2025

/s/ Lynn A. Toops
Lynn A. Toops, No. 26386-49
Amina Thomas, No. 34451-49
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

Samuel J. Strauss (*pro hac vice*)
Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Tel: (872) 263-1100
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 26, 2025, the foregoing was filed electronically via the CM/ECF system, which will serve all counsel of record via electronic mail.

/s/ *Lynn A. Toops*
Lynn A. Toops