UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JUSTIN LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:24-cv-00157-RLY-CSW |
| | ) |
| SOUTH WESTERN COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

Courtroom Minutes for December 9, 2025

Before the Hon. Richard L. Young, Judge

Comes now the Plaintiff, by attorney Amina Thomas; Defendant appears by attorney John Babione for the Fairness Hearing set this date.

The court hears from parties on the Unopposed Motion for Final Approval of Class Action Settlement and Motion for Attorney fees, Expenses and Service Award. Final Judgment shall issue by separate entry.

Distributed Electronically to Registered Counsel of Record